IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| PAUL SHAFFER et.al.<br>Plaintiffs | * * * * | |
| v. | * * | Civil Action No: L-01-276 |
| United Food and Commercial<br>Workers Health and Welfare Fund<br>et. al.<br>Defendants | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Now it is ___7TH___ day of __June__, 2001, ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Motion For Leave To File An Amended Complaint is granted.

_____
U.S. District Judge

