IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAUL HENRY SHAFFER, et al. | * | |
| PLAINTIFFS | * | |
| v. | * | Civil Action No. L-01276 |
| UNITED FOOD COMMERCIAL WORKERS HEALTH & WELFARE FUND, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

### JOINT MOTION TO AMEND SCHEDULING ORDER

The Plaintiffs and the Defendant, by their undersigned counsel, hereby respectfully request move this Court to amend its April 16, 2001 Scheduling Order on the following grounds:

1. On April 16, 2001, this Court issued its Scheduling Order providing certain deadlines to be followed by the Plaintiffs and the Defendants as constituted at that time.

2. On or about June 13, 2001, the Plaintiffs filed an Amended Complaint adding Fleming Companies, Inc. as a Defendant in the above-referenced matter.

3. Fleming Companies' Answer to the Amended Complaint was filed herein on July 2, 2001.

4. Because Fleming Companies, Inc. is still in the process of obtaining necessary information in order to permit it to participate and defend its interest in this case, it will be impossible for Fleming Companies, Inc. to comply with the terms of the April 16, 2001 Scheduling Order which was issued prior to its being named in this law suit.

APPROVED THIS _1st_ DAY OF _August, 2001_

_____
BENSON EVERETT LEGG, U.S.D.J.

5. Consequently, Fleming Companies respectfully requests this Court amend its April 16, 2001 Scheduling Order to grant Fleming Companies, Inc. sixty (60) days additional time to perform those tasks required of it listed in the Scheduling Order so that the Scheduling Order would require the following tasks of Fleming Companies, Inc. on the following dates:

| | | | |
|---|---|---|---|
| (a) | Fleming Companies' Rule 26(a)(2) disclosure re experts | | September 11, 2001 |
| (b) | Fleming Companies' Rule 26(e)(2) supplementation of disclosures and responses | | October 1, 2001 |
| (c) | Discovery deadline / submission of status report | | October 27, 2001 |
| (d) | Requests for admission | | November 4, 2001 |
| (e) | Dispositive pretrial motions deadline | | November 24, 2001 |

6. Counsel for Plaintiffs and the United Food and Commercial Workers' Health and Welfare Fund consent to this amendment, as is indicated by the signature line for this Joint Motion executed by counsel for Plaintiffs which is attached hereto as Exhibit 1 and the copy of the draft Joint Motion signed by counsel for the Fund which is attached hereto as Exhibit 2.

WHEREFORE, Fleming Companies, Inc. respectfully requests this Court to issue the Order attached hereto amending its April 16, 2001 Scheduling Order as indicated above.

J. Snowden Stanley, Jr., Fed. Bar #00059
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
Telephone: 410-539-5040

(B0204106.WPD;1)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2001 a copy of the foregoing Joint Motion to Amend Scheduling Order was mailed by first class mail, postage prepaid to:

Richard P. Neuworth, Esquire
Lebau & Neuworth, L.L.C.
606 Baltimore Avenue, Suite 201
Baltimore, MD 21204

Harry Burton, Esquire
Morgan, Lewis & Bockius, L.L.P.
1800 M Street, N.W.
Washington, D.C. 20036-5869

Daniel Q. Poretti, Esquire
Rider, Bennett, Egan & Arundel, L.L.P.
333 South Seventh Street, Suite 2000
Minneapolis, MN 55302

FILED
US DISTRICT COURT
DISTRICT OF MARYLAND

2001 JUL 31 P 4: 52

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

J. Snowden Stanley, Jr.

(B0204106.WPD;1)

Consented to: _____
Harry Burton, Esquire
Attorney for United Food
and Commercial Workers Health
and Welfare Fund and Board of Trustees
of UFCW Unions and Participating
Employers Health and Welfare Fund

Consented to: *[signature]*
Richard P. Neuworth, Esquire
Attorney for Plaintiffs

(B0204106.WPD;1)



-3-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PAUL HENRY SHAFFER, et al.    *

    PLAINTIFFS            *

v.                            *     Civil Action No. L-01276

UNITED FOOD COMMERCIAL        *
WORKERS HEALTH &
WELFARE FUND, et al.          *
    Defendants

  *  *  *  *  *  *  *  *  *

**DRAFT**

### JOINT MOTION TO AMEND SCHEDULING ORDER

The Plaintiffs and the Defendant, by their undersigned counsel, hereby respectfully request move this Court to amend its April 16, 2001 Scheduling Order on the following grounds:

1. On April 16, 2001, this Court issued its Scheduling Order providing certain deadlines to be followed by the Plaintiffs and the Defendants as constituted at that time.

2. On or about June 13, 2001, the Plaintiff filed an Amended Complaint adding Fleming Companies, Inc. as a Defendant in the above-referenced matter.

3. Fleming Companies' Answer to the Amended Complaint was filed herein on July 2, 2001.

4. Because Fleming Companies, Inc. is still in the process of obtaining necessary information in order to permit it to participate and defend its interest in this case, it will be impossible for Fleming Companies, Inc. to comply with the terms of the April 16, 2001 Scheduling Order which was issued prior to its being named in this law suit.

5. Consequently, Fleming Companies respectfully requests this Court amend its

April 16, 2001 Scheduling Order to grant Fleming Companies, Inc. sixty (60) days additional time to perform those tasks required of it listed in the Scheduling Order so that the Scheduling Order would require the following tasks of Fleming Companies, Inc. on the following dates:

(a) Fleming Companies' Rule 26(a)(2) disclosure re experts — September 11, 2001

(b) Fleming Companies' Rule 26(e)(2) supplementation of disclosures and responses — October 1, 2001

(c) Discovery deadline — October 27, 2001

(d) Requests for admission — November 4, 2001

(e) Dispositive pretrial motions deadline — November 24, 2001

6. Counsel for Plaintiff and the United Food and Commercial Workers' Health and Welfare Fund consent to this amendment.

WHEREFORE, Fleming Companies, Inc. respectfully requests this Court to issue the Order attached hereto amending its April 16, 2001 Scheduling Order as indicated above.

J. Snowden Stanley, Jr., Fed. Bar #00059
SEMMES, BOWEN & SEMMES
250 West Pratt Street
Baltimore, Maryland 21201
Telephone: 410-539-5040

Consented to: _____
Harry Burton, Esquire
Attorney for United Food

Consented to: _____
Harry Burton, Esquire
Attorney for United Food
and Commercial Workers Health
and Welfare Fund and Board of Trustees
of UFCW Unions and Participating
Employers Health and Welfare Fund

Consented to: _____
Richard P. Neuworth, Esquire
Attorney for Plaintiffs

(B0204108.WPD;1)

-3-