IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

PAUL HENRY SHAFFER et.al.  *
    Plaintiffs

v.      Civil Action No: L-01-276

United Food and Commercial  *
Workers Health and Welfare Fund
et. al.  *
    Defendants  *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\

ORDER

Now it is this _____ day of October 2001, ORDERED, ADJUDGED AND DECREED:

Plaintiffs' Motion to Extend the Discovery and Other Deadlines is granted.

The discovery deadline is extended from October 27, 2001 until ~~December~~ November 27, 2001.

~~Requests for Admission from November 4, 2001 until January 4, 2002.~~

The deadline for filing Motions is extended from November 24, 2001 until ~~January 24, 2002.~~ December 15, 2001

The deadline for a status report is extended until ~~January 24, 2002.~~ December 15, 2001

_____
U.S. DISTRICT JUDGE

⊗ Counsel, you must make this case a priority and complete discovery. B. Legg
WJS—
10/20/01